United States Court of Appeals
Fifth Circuit

**F I L E D**

April 15, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51244
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

OSCAR DANIEL ZAMBRANO-CONTRERAS

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
3:04-CR-1016-ALL
----------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that appellee's unopposed motion to vacate the
sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to
remand case to the United States District Court for the Western
District of Texas, El Paso, Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

extend time to file appellee's brief until 14 days from the Court's denial of appellee's motion to vacate and remand is DISMISSED AS MOOT.